IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 26-cv-04883-GPG

PEDRO NOLASCO PLASENCIA BARZALLO, A 240-451-688,

Petitioner,

v.

JUAN BALTAZAR, Facility Administrator/Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity;
ROBERT HAGAN, Denver Field Office Director, U.S. Immigration and Customs Enforcement, in his or her official capacity;
DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity; and
TODD BLANCHE, Attorney General of the United States, in his official capacity,

Respondents.

---

**ORDER**

---

Before the Court are the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Petition) (D. 1) and Petitioner's Unopposed Emergency Motion for Immediate Release (Motion) (D. 8).

A district court may grant a writ of habeas corpus to any person who demonstrates she is "in custody in violation of the Constitution or laws . . . of the United States." 28 U.S.C. § 2241. The individual in custody bears the burden of proving that their detention is unlawful. *Walker v. Johnston*, 312 U.S. 275, 286 (1941).

Based on the undisputed allegations in the Petition and because the Motion is unopposed, the Court GRANTS the Petition and the Motion. *See United States v. Yelloweagle*, 643 F.3d 1275, 1284 (10th Cir. 2011) ("This court . . . will not craft a party's arguments for him." (quoting *Perry v. Woodward*, 199 F.3d 1126, 1141 (10th Cir. 1999))); *Santucci v. Commandant, United States Disciplinary Barracks,* 66 F.4th 844, 851 n.9 (10th Cir. 2023) ("[U]nder the party-presentation principle, we, not only will not, but 'cannot make arguments for [a party].'" (quoting *Yelloweagle,* 643 F.3d at 1284))).

Accordingly, it is ORDERED that Petitioner shall be released from custody within 48 hours without payment of bond. Respondents may not impose additional or more onerous conditions on Petitioner than those that have previously been found appropriate by an IJ. Respondents must file a status report certifying compliance within five (5) days.

It is FURTHER ORDERED that Respondents are prohibited and enjoined from re-detaining Petitioner on the same grounds unless and until a final order of removal issues.

DATED October 22, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge